# Exhibit 1

# Deed

This Deed is made on September 27, 2006
BETWEEN
David Sadek    and    Etty Sadek, H/W

whose post office address is
635 Norfolk Street
Teaneck, N.J.
referred to as the Grantor.
AND
Etty Sadek

whose post office address is
635 Norfolk Street
Teaneck, NJ
referred to as the Grantee.
The words "Grantor" and "Grantee" shall mean all Grantors and all Grantees listed above.

146965     Deed - Exempt
Kathleen A. Donovan    Recording Fee 70.00
Bergen County Clerk
Recorded 12/14/2006 09:07

1. Transfer of Ownership.    The Grantor grants and conveys (transfers ownership of) the property described below to the Grantee. This transfer is made for the sum of $1.00
One Dollars and No Cents
The Grantor acknowledges receipt of this money.

2. Tax Map Reference.    (N.J.S.A. 46:15-1.1) Municipality of Teaneck
Block No.    1108    Lot No.    6&7    Qualifier No.    Account No.
☐ No property tax identification number is available on the date of this Deed. (Check box if applicable.)

3. Property.    The Property consists of the land and all the buildings and structures on the land in the Township of Teaneck    County of Bergen    and State of New Jersey. The legal description is:

☐ Please see attached Legal Description annexed hereto and made a part hereof. (Check box if applicable.)

File No: WIN-NJ061506025

All that certain lot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Township of Teaneck, County of Bergen and State of New Jersey:
BEGINNING at a point in the northeasterly line of Norfolk Street (60 feet wide), said point being distant 124.66 feet southeasterly from the intersection of said northeasterly line of Norfolk Street, if produced, with the southeasterly line of Buckingham Road, if produced, and;
RUNNING THENCE (1) North 36 degrees 17 minutes 00 seconds East, 118.96 feet;
THENCE (2) North 65 degrees 36 minutes 30 seconds East, 64.87 feet;
THENCE (3) South 15 degrees 26 minutes 35 seconds East, 112.39 feet;
THENCE (4) South 60 degrees 49 minutes 30 seconds East, 16.19 feet;
THENCE (5) South 29 degrees 38 minutes 00 seconds West, 106.60 feet to a point in the northeasterly line of Norfolk Street;
THENCE (6) along the same, North 53 degrees 43 minutes 00 seconds West, 148.40 feet to the point and place of BEGINNING.
Being in accordance with a survey made by Gary F. Hauenstein, dated December 18, 2002.

Being the same premises conveyed to David Sadek and Etty Sadek, husband and wife, who acquired title from Allan R. Freedman and Naomi Joan Freedman, husband and wife, by deed dated 1/13/2003, recorded 3/19/2003 in Deed Book 8559 Page 866.

For informational purposes only 635 Norfolk Street, Tax Lot 6, Tax Block 1108 in the Township of Teaneck, County of Bergen, State of New Jersey.

Prepared by (print signer's name below signature)
Joseph A. Cappuccilli, Paralegal

(For Recorder's Use Only)

BK 09211 PG 147    Powered by    ©2001 by ALL-STATE LEGAL

The street address of the Property is:
635 Norfolk Street
Teaneck, N.J.

4. **Type of Deed.** This Deed is called a Quitclaim Deed. The Grantor makes no promises as to ownership or title, but simply transfers whatever interest the Grantor has to the Grantee.

5. **Signatures.** The Grantor signs this Deed as of the date at the top of the first page. If the Grantor is a corporation, this Deed is signed and attested to by its proper corporate officers and its corporate seal is affixed. (Print name below each signature).

Witnessed or Attested by:

_____(Seal)
David Sadek    and

_____(Seal)
Etty Sadek, H/W

STATE OF NEW JERSEY, COUNTY OF Bergen    SS:
I CERTIFY that on 9/27/06

David Sadek    and    Etty Sadek, H/W

personally came before me and stated to my satisfaction that this person (or if more than one, each person):
(a) was the maker of this Deed; and
(b) executed this Deed as his or her own act.

MIRIAM GREENBERG
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Dec. 6, 20__

STATE OF NEW JERSEY, COUNTY OF    SS:
I CERTIFY that on

personally came before me and stated to my satisfaction that this person (or if more than one, each person):
(a) was the maker of the attached Deed;
(b) was authorized to and did execute this Deed as
of                                the entity named in this Deed; and
(c) executed this Deed as the act of the entity.

RECORD AND RETURN TO:
First Financial Equities, Inc.
Glenpointe Centre East
300 Frank W. Burr Blvd., 4th Fl.
Teaneck, NJ 07666

106 - Deed - Quitclaim - Ind. or Corp.
Plain Language
Rev. 7/01 P6/02

BK 0 9 2 1 1 PG 1 4 8

Powered by 

©2001 by ALL-STATE LEGAL®
A Division of ALL-STATE International, Inc.
www.aslegal.com  800.222.0510    Page: 2