# Exhibit 3

Judiciary eCourts System - General Equity

- [Home](#)
- [Help](#)
- [Logout](#)

**CASE JACKET**
User: PHILLIP RAYMOND
Docket Number: SWC F 027903 - 09

[Back]    [Create Summary Report]

Case Caption: Jpmorgan Chase Bank Vs Sadek David

| | | |
|---|---|---|
| Court: General Equity | Venue: Bergen | Case Initiation Date: 05/28/2009 |
| Case Type: Residential Mortgage Foreclosure | Case Status: Defaulted | |
| Case Track: | Judge: Robert P Contillo | |
| Disposition Date: 03/27/2020 | Case Disposition: Default Judgment | |

Plaintiffs (1)  |  Defendants (19)  |  Properties (1)  |  Case Proceedings (5)  |  **ACMS Documents (63)**  |  Fees (62)

| Date Filed | Doc Number | Document Type | Filing Party | Doc Status | CO/ID | Type | Date Served | Svc Status | Party Svd |
|---|---|---|---|---|---|---|---|---|---|
| 05/28/2009 | 001 | COMPLAINT | JPMORGAN CHASE BANK | | | | | | |
| 12/16/2009 | 002 | COMP AMENDED | JPMORGAN CHASE BANK | | | | | | |
| 12/28/2009 | 003 | ANSWER | FNYJ LLC | | | | | | |
| 01/29/2010 | 004 | COMP AMENDED | JPMORGAN CHASE BANK | | | | | | |
| 02/16/2010 | 005 | CONSENT ORDER | COURT INIT | | GR | | | | |
| 03/19/2010 | 006 | ANSWER | YESHIVA NORTH JERSEY | | | | | | |
| 05/17/2010 | 007 | MOTN DEFAULT | JPMORGAN CHASE BANK | | GR | | | | |
| 05/17/2010 | 008 | AFFDVT SRV | JPMORGAN CHASE BANK | | | | | | |
| 05/17/2010 | 009 | AFFDVT SRV | JPMORGAN CHASE BANK | | | | | | |
| 05/17/2010 | 010 | NOTICE TO N.J. | JPMORGAN CHASE BANK | | | | | | |
| 05/17/2010 | 011 | AFFDVT SRV | JPMORGAN CHASE BANK | | | | | | |
| 05/17/2010 | 012 | AFFDVT SRV | JPMORGAN CHASE BANK | | | | | | |
| 05/17/2010 | 013 | CERTIFICTN | JPMORGAN CHASE BANK | | | | | | |
| 05/17/2010 | 014 | CERTIFICTN | JPMORGAN CHASE BANK | | | | | | |
| 05/28/2010 | 015 | ORDR DEFAULT | JPMORGAN CHASE BANK | | GR | | | | |
| 02/16/2011 | 016 | APPEARANCE | MORTGAGE ELECTRONIC | | | | | | |
| 04/04/2011 | 017 | MOTN VAC DEF&RE | MORTGAGE ELECTRONIC | WD | | | | | |
| 04/19/2011 | 018 | CONSENT ORDER | COURT INIT | | GR | | | | |
| 04/20/2011 | 019 | MISC OTHER | MORTGAGE ELECTRONIC | | | | | | |
| 04/21/2011 | 020 | MISC OTHER | JPMORGAN CHASE BANK | | | | | | |
| 04/26/2011 | 021 | ANSWER | MORTGAGE ELECTRONIC | | | | | | |
| 07/29/2013 | 022 | MISC SUB ATTY | JPMORGAN CHASE BANK | | | | | | |
| 06/23/2014 | 023 | NOT PRT DISMISL | JPMORGAN CHASE BANK | | | | | | |
| 05/20/2015 | 024 | MISC OTHER | JPMORGAN CHASE BANK | | | | | | |
| 05/20/2015 | 025 | MISC OTHER | JPMORGAN CHASE BANK | | | | | | |
| 05/20/2015 | 026 | COMP AMENDED | JPMORGAN CHASE BANK | | | | | | |
| 07/16/2015 | 027 | MISC OTHER | JPMORGAN CHASE BANK | | | | | | |
| 07/16/2015 | 028 | COMP AMENDED | JPMORGAN CHASE BANK | | | | | | |
| 10/07/2015 | 029 | ANSWER | MORTGAGE ELECTRONIC | | | | | | |
| 07/22/2016 | 030 | LOP DISM WARN | COURT INIT | | | | | | |
| 08/11/2016 | 031 | NOTC BANKRUPCY | JPMORGAN CHASE BANK | | | | | | |
| 08/11/2016 | 033 | NOTC BANKRUPCY | JPMORGAN CHASE BANK | | | | | | |
| 12/13/2017 | 034 | ORDR DISM-BANKR | JPMORGAN CHASE BANK | | GR | | | | |
| 03/14/2018 | 035 | MOTN DEFAULT | JPMORGAN CHASE BANK | | GR | | | | |
| 04/02/2018 | 036 | ORDR DEFAULT | JPMORGAN CHASE BANK | | GR | | | | |
| 04/06/2018 | 037 | APPEARANCE | MORTGAGE ELECTRONIC | | | | | | |
| 09/07/2018 | 038 | ORDR OTH CSE MG | COURT INIT | | GR | | | | |
| 10/05/2018 | 039 | NOTC BANKRUPCY | JPMORGAN CHASE BANK | | | | | | |
| 12/06/2018 | 040 | ORDR DISM-BANKR | JPMORGAN CHASE BANK | | GR | | | | |
| 02/28/2019 | 041 | MOTN AMEND CMPL | JPMORGAN CHASE BANK | | GR | | | | |
| 04/23/2019 | 042 | ORDR AMEND CMPL | JPMORGAN CHASE BANK | | GR | | | | |
| 05/16/2019 | 043 | COMP AMENDED | JPMORGAN CHASE BANK | | | | | | |
| 06/20/2019 | 044 | ANSWER | METROPOLITAN COMMERC | | | | | | |
| 07/19/2019 | 045 | ORDR OTH CSE MG | COURT INIT | | GR | | | | |
| 08/20/2019 | 046 | MOT FX DEF NAME | JPMORGAN CHASE BANK | | GR | | | | |
| 09/05/2019 | 047 | ORD FX DEF NAME | JPMORGAN CHASE BANK | | GR | | | | |

| Date Filed | Doc Number | Document Type | Filing Party | Doc Status | CO/ID Type | Date Served | Svc Status | Party Svd |
|---|---|---|---|---|---|---|---|---|
| 10/17/2019 | 048 | REQ DEFLT | JPMORGAN CHASE BANK | | | | | |
| 11/13/2019 | 049 | MOT FX DEF NAME | METROPOLITAN COMMERC | GR | | | | |
| 11/25/2019 | 050 | ATTY CORRESP | JPMORGAN CHASE BANK | | | | | |
| 12/06/2019 | 051 | ORD FX DEF NAME | METROPOLITAN COMMERC | GR | | | | |
| 01/16/2020 | 052 | NOT PRT DISMISL | JPMORGAN CHASE BANK | | | | | |
| 01/31/2020 | 053 | MOT FX DEF NAME | METROPOLITAN COMMERC | GR | | | | |
| 02/11/2020 | 054 | FINAL JUDG APPL | JPMORGAN CHASE BANK | | | | | |
| 02/11/2020 | 055 | PEND FORCL WRIT | JPMORGAN CHASE BANK | | | | | |
| 03/06/2020 | 056 | ORD FX DEF NAME | METROPOLITAN COMMERC | GR | | | | |
| 03/27/2020 | 057 | UNCNTSTD JUDGMT | COURT INIT | | | | | |
| 03/27/2020 | 058 | WRIT EXEC | COURT INIT | | | | | |
| 03/30/2020 | 059 | ORDR OTH CSE MG | COURT INIT | GR | | | | |
| 11/06/2020 | 060 | MISC SUB ATTY | JPMORGAN CHASE BANK | | | | | |
| 02/04/2022 | 061 | PEND FORCL WRIT | JPMORGAN CHASE BANK | | | | | |
| 02/04/2022 | 062 | ORD GR FORECLRE WRIT | JPMORGAN CHASE BANK | DN | | | | |
| 02/10/2022 | 063 | PEND FORCL WRIT | JPMORGAN CHASE BANK | | | | | |
| 02/16/2022 | 064 | ALIAS WRIT | JPMORGAN CHASE BANK | | | | | |

Showing 1 to 63 of 63 entries

**Case Actions**

| Filed Date | Filings | Docket Text | Transaction ID | Entry Date |
|---|---|---|---|---|
| 12/13/2017 | | BANKRUPTCY submitted by ROGERS, NICHOLAS, V of PHELAN HALLINAN DIAMOND & JONES LLP on behalf of JPMORGAN CHASE BANK against YESHIVA NORTH JERSEY, 635 NORFOLK LLC, KEY EQUIPMENT FINANCE INC, PNC BANK NATIONAL ASSN, DAVID SADEK ET AL. | CHC2017869233 | 12/13/2017 |
| 03/01/2018 | | RETURN OF SERVICE submitted by PIMM, SHIRLEY, E of PHELAN HALLINAN DIAMOND & JONES LLP on behalf of JPMORGAN CHASE BANK against YESHIVA NORTH JERSEY, 635 NORFOLK LLC, KEY EQUIPMENT FINANCE INC, PNC BANK NATIONAL ASSN, DAVID SADEK ET AL. | CHC2018124388 | 03/01/2018 |
| 03/02/2018 | | RETURN OF SERVICE submitted by GROSS, MATTHEW, B of PHELAN HALLINAN DIAMOND & JONES LLP on behalf of JPMORGAN CHASE BANK against YESHIVA NORTH JERSEY, 635 NORFOLK LLC, KEY EQUIPMENT FINANCE INC, PNC BANK NATIONAL ASSN, DAVID SADEK ET AL. | CHC2018125040 | 03/02/2018 |
| 03/14/2018 | | MOTION DEFAULT OUT OF TIME submitted by SAVAGE, NICOLE, M of PHELAN HALLINAN DIAMOND & JONES LLP on behalf of JPMORGAN CHASE BANK against 635 NORFOLK LLC, KEY EQUIPMENT FINANCE INC, YESHIVA NORTH JERSEY, UNITED STATES OF AMERICA, DAVID SADEK ET AL. | CHC2018147939 | 03/14/2018 |
| 04/02/2018 | | ORDER DEFAULT OUT OF TIME-Granted by OFFICE OF FORECLOSURE re: MOTION DEFAULT OUT OF TIME [CHC2018147939] | CHC2018182976 | 04/02/2018 |
| 04/05/2018 | | PROOF OF MAILING submitted by KEISER, CRAIG, S of PHELAN HALLINAN DIAMOND & JONES LLP on behalf of JPMORGAN CHASE BANK against PNC BANK NATIONAL ASSN, 635 NORFOLK LLC, KEY EQUIPMENT FINANCE INC, YESHIVA NORTH JERSEY, DAVID SADEK ET AL. | CHC2018188710 | 04/05/2018 |
| 04/06/2018 | | NOTICE OF APPEARANCE submitted by DOHERTY, PAUL, SCHOONMAK of HARTMANN DOHERTY ROSA BERMAN & BULBULIA, LLC on behalf of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC against JPMORGAN CHASE BANK | CHC2018192516 | 04/06/2018 |
| 06/12/2018 | | CERTIFICATION OF MAILING submitted by PIMM, SHIRLEY, E of PHELAN HALLINAN DIAMOND & JONES LLP on behalf of JPMORGAN CHASE BANK against PNC BANK NATIONAL ASSN, 635 NORFOLK LLC, KEY EQUIPMENT FINANCE INC, YESHIVA NORTH JERSEY, DAVID SADEK ET AL. | CHC2018333606 | 06/12/2018 |
| 07/18/2018 | | CERTIFICATION OF DILIGENT INQUIRY submitted by KOUTSOURIS, GENA, M of PHELAN HALLINAN DIAMOND & JONES LLP on behalf of JPMORGAN CHASE BANK against PNC BANK NATIONAL ASSN, 635 NORFOLK LLC, KEY EQUIPMENT FINANCE INC, YESHIVA NORTH JERSEY, DAVID SADEK ET AL. | CHC2018412864 | 07/18/2018 |
| 09/07/2018 | | Administrative Clerk's Order for Status of Pending Foreclosure Matter. Response due by October 10, 2018. | CHC2018497901 | 09/07/2018 |
| 10/05/2018 | | CERTIFICATION - COURT MANDATED CERTIFICTION submitted by MARKS, DANA, N of PHELAN HALLINAN DIAMOND & JONES LLP on behalf of JPMORGAN CHASE BANK against PNC BANK NATIONAL ASSN, 635 NORFOLK LLC, KEY EQUIPMENT FINANCE INC, YESHIVA NORTH JERSEY, DAVID SADEK ET AL. | CHC2018545599 | 10/05/2018 |
| 12/06/2018 | | BANKRUPTCY submitted by ROGERS, NICHOLAS, V of PHELAN HALLINAN DIAMOND & JONES LLP on behalf of JPMORGAN CHASE BANK against PNC BANK NATIONAL ASSN, 635 NORFOLK LLC, KEY EQUIPMENT FINANCE INC, YESHIVA NORTH JERSEY, DAVID SADEK ET AL. | CHC2018643552 | 12/06/2018 |
| 02/28/2019 | | MOTION TO AMEND COMPLAINT submitted by AITKEN, WILLIAM, A of PHELAN HALLINAN DIAMOND & JONES PC on behalf of JPMORGAN CHASE BANK against PNC BANK NATIONAL ASSN, 635 NORFOLK LLC, KEY EQUIPMENT FINANCE INC, YESHIVA NORTH JERSEY, DAVID SADEK ET AL. | CHC201993091 | 02/28/2019 |
| 02/28/2019 | | The motion filed on 02/28/2019 will be decided on 03/29/2019. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION TO AMEND COMPLAINT [CHC201993091] | CHC201993210 | 02/28/2019 |
| 04/23/2019 | | ORDER TO AMEND COMPLAINT-Granted by Judge MURRAY, JOAN, B re: MOTION TO AMEND COMPLAINT [CHC201993091] | CHC2019173957 | 04/23/2019 |
| 04/25/2019 | | PROOF OF MAILING submitted by PIMM, SHIRLEY, E of PHELAN HALLINAN DIAMOND & JONES PC on behalf of JPMORGAN CHASE BANK against PNC BANK NATIONAL ASSN, 635 NORFOLK LLC, KEY EQUIPMENT FINANCE INC, YESHIVA NORTH JERSEY, UNITED STATES OF AMERICA ET AL. | CHC2019177169 | 04/25/2019 |
| 05/16/2019 | | AMENDED COMPLAINT submitted by MARKS, DANA, N of PHELAN HALLINAN DIAMOND & JONES PC on behalf of JPMORGAN CHASE BANK against 635 NORFOLK LLC, KEY EQUIPMENT FINANCE INC, YESHIVA NORTH JERSEY, DAVID SADEK, PALISADES CONDOMINIUM ASSN INC ET AL. | CHC2019206259 | 05/16/2019 |
| 06/20/2019 | | RESPONSE TO AMENDED COMPLAINT submitted by DOHERTY, PAUL, SCHOONMAK of HARTMANN DOHERTY ROSA BERMAN & BULBULIA, LLC on behalf of MORTGAGE COMPANY LLC against JPMORGAN CHASE BANK | CHC2019254404 | 06/20/2019 |
| 06/27/2019 | | Answer Filed Notice submitted by Case Management | CHC2019262988 | 06/27/2019 |
| 07/19/2019 | | Administrative Clerk's Order for Status of Pending Foreclosure Matter. Response due within fifteen (15) days. | CHC2019294285 | 07/19/2019 |
| 07/30/2019 | | CERTIFICATION - COURT MANDATED CERTIFICATION submitted by ANELLO, JOHN, MICHAEL of PHELAN HALLINAN DIAMOND & JONES PC on behalf of JPMORGAN CHASE BANK against DAVID SIEGEL, DIANE BARNES, PNC BANK NATIONAL ASSN, NIUM ASSOCIATION INC, 635 NORFOLK LLC ET AL. | CHC2019312792 | 07/30/2019 |
| 08/01/2019 | | RETURN OF SERVICE submitted by GELLER, TAMMY, REBECCA of PHELAN HALLINAN DIAMOND & JONES PC on behalf of JPMORGAN CHASE BANK against DAVID SIEGEL, DIANE BARNES, PNC BANK NATIONAL ASSN, NIUM ASSOCIATION INC, 635 NORFOLK LLC ET AL. | CHC2019317076 | 08/01/2019 |
| 08/08/2019 | | RETURN OF SERVICE submitted by ANELLO, JOHN, MICHAEL of PHELAN HALLINAN DIAMOND & JONES PC on behalf of JPMORGAN CHASE BANK against DIANE BARNES, PNC BANK NATIONAL ASSN, NIUM ASSOCIATION INC, 635 NORFOLK LLC, KEY EQUIPMENT FINANCE INC ET AL. | CHC2019326436 | 08/08/2019 |
| 08/20/2019 | | MOTION CORRECTING DEFENDANT NAME submitted by AITKEN, WILLIAM, A of PHELAN HALLINAN DIAMOND & JONES PC on behalf of JPMORGAN CHASE BANK against DIANE BARNES, DAVID SIEGEL, PNC BANK NATIONAL ASSN, NIUM ASSOCIATION INC, 635 NORFOLK LLC ET AL. | CHC2019341483 | 08/20/2019 |
| 09/05/2019 | | ORDER CORRECTING DEFENDANT NAME-Granted by Judge OFFICE OF FORECLOSURE re: MOTION CORRECTING DEFENDANT NAME [CHC2019341483] | CHC2019363901 | 09/05/2019 |

| Filed Date | Filings | Docket Text | Transaction ID | Entry Date |
|---|---|---|---|---|
| 09/20/2019 | | PROOF OF MAILING submitted by YODER, BRIAN, J of PHELAN HALLINAN DIAMOND & JONES PC on behalf of JPMORGAN CHASE BANK against DAVID SIEGEL, DIANE BARNES, PNC BANK NATIONAL ASSN, NIUM ASSOCIATION INC, 635 NORFOLK LLC ET AL. | CHC2019382633 | 09/20/2019 |
| 09/24/2019 | | RETURN OF SERVICE submitted by ANELLO, JOHN, MICHAEL of PHELAN HALLINAN DIAMOND & JONES PC on behalf of JPMORGAN CHASE BANK against DIANE BARNES, DAVID SIEGEL, DIANE BARNES, PNC BANK NATIONAL ASSN, NIUM ASSOCIATION INC ET AL. | CHC2019386948 | 09/24/2019 |
| 10/17/2019 | | REQUEST FOR DEFAULT submitted by GELLER, TAMMY, REBECCA of PHELAN HALLINAN DIAMOND & JONES PC on behalf of JPMORGAN CHASE BANK against DAVID SIEGEL, DIANE BARNES, PNC BANK NATIONAL ASSN, NIUM ASSOCIATION INC, 635 NORFOLK LLC ET AL. | CHC2019414552 | 10/17/2019 |
| 10/24/2019 | | PROOF OF MAILING submitted by STEPHENS, JEFFREY, A of PHELAN HALLINAN DIAMOND & JONES PC on behalf of JPMORGAN CHASE BANK against DAVID SIEGEL, DIANE BARNES, PNC BANK NATIONAL ASSN, NIUM ASSOCIATION INC, 635 NORFOLK LLC ET AL. | CHC2019424407 | 10/24/2019 |
| 11/13/2019 | | MOTION CORRECTING DEFENDANT NAME submitted by DOHERTY, PAUL, SCHOONMAK of HARTMANN DOHERTY ROSA BERMAN & BULBULIA, LLC on behalf of MORTGAGE COMPANY LLC against JPMORGAN CHASE BANK *LINKED FILING* | CHC2019446565 | 11/13/2019 |
| 11/14/2019 | | The motion filed on 11/13/2019 will be decided on 12/06/2019. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION CORRECTING DEFENDANT NAME [CHC2019446565] | CHC2019447080 | 11/14/2019 |
| 11/25/2019 | | CORRESPONDENCE - CORRESPONDENCE submitted by ANELLO, JOHN, MICHAEL of PHELAN HALLINAN DIAMOND & JONES PC on behalf of JPMORGAN CHASE BANK against MORTGAGE COMPANY LLC, DAVID SADEK, ETTY SADEK *LINKED FILING* | CHC2019462239 | 11/25/2019 |
| 12/06/2019 | | ORDER CORRECTING DEFENDANT NAME-Granted by Judge MURRAY, JOAN, B re: MOTION CORRECTING DEFENDANT NAME [CHC2019446565] | CHC2019474990 | 12/06/2019 |
| 12/10/2019 | | CERTIFICATION OF MAILING submitted by YODER, BRIAN, J of PHELAN HALLINAN DIAMOND & JONES PC on behalf of JPMORGAN CHASE BANK against DAVID SIEGEL, DIANE BARNES, PNC BANK NATIONAL ASSN, NIUM ASSOCIATION INC, 635 NORFOLK LLC ET AL. | CHC2019477166 | 12/10/2019 |
| 01/02/2020 | | CERTIFICATION OF DILIGENT INQUIRY submitted by STEPHENS, JEFFREY, A of PHELAN HALLINAN DIAMOND & JONES PC on behalf of JPMORGAN CHASE BANK against DIANE BARNES, DAVID SIEGEL, PNC BANK NATIONAL ASSN, NIUM ASSOCIATION INC, 635 NORFOLK LLC ET AL. | CHC20201252 | 01/02/2020 |
| 01/16/2020 | | STIPULATION OF SETTLEMENT/DISMISSAL submitted by GELLER, TAMMY, REBECCA of PHELAN HALLINAN DIAMOND & JONES PC on behalf of JPMORGAN CHASE BANK against DIANE BARNES, DAVID SIEGEL, PNC BANK NATIONAL ASSN, NIUM ASSOCIATION INC, 635 NORFOLK LLC ET AL. | CHC202021610 | 01/16/2020 |
| 01/31/2020 | | MOTION CORRECTING DEFENDANT NAME submitted by DOHERTY, PAUL, SCHOONMAK of HARTMANN DOHERTY ROSA BERMAN & BULBULIA, LLC on behalf of METROPOLITAN COMMERCIAL BANK against JPMORGAN CHASE BANK | CHC202036842 | 01/31/2020 |
| 02/04/2020 | | The motion filed on 01/31/2020 will be decided on 02/28/2020. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION CORRECTING DEFENDANT NAME [CHC202036842] | CHC202040230 | 02/04/2020 |
| 02/11/2020 | | MOTION FOR FINAL JUDGMENT submitted by STEPHENS, JEFFREY, A of PHELAN HALLINAN DIAMOND & JONES PC on behalf of JPMORGAN CHASE BANK against DIANE BARNES, DAVID SIEGEL, PNC BANK NATIONAL ASSN, NIUM ASSOCIATION INC, 635 NORFOLK LLC ET AL. | CHC202049428 | 02/11/2020 |
| 03/06/2020 | | ORDER CORRECTING DEFENDANT NAME-Granted by Judge MURRAY, JOAN, B re: MOTION CORRECTING DEFENDANT NAME [CHC202036842] | CHC202079673 | 03/06/2020 |
| 03/27/2020 | | Uncontested Order for Final Judgment and Taxed Cost Sheet submitted by Court | CHC202099173 | 03/27/2020 |
| 03/27/2020 | | Writ of Execution submitted by Court | CHC202099174 | 03/27/2020 |
| 03/28/2020 | | Foreclosure Judgment Notice Notice submitted by Case Management | CHC202099751 | 03/28/2020 |
| 03/28/2020 | | Foreclosure Writ Notice Notice submitted by Case Management | CHC202099752 | 03/28/2020 |
| 03/30/2020 | | Administrative Clerk's Order for Status of Pending Foreclosure Matter. Response due within fifteen (15) days | CHC202010069 7 | 03/30/2020 |
| 04/09/2020 | | PROOF OF MAILING submitted by AITKEN, WILLIAM, A of PHELAN HALLINAN DIAMOND & JONES PC on behalf of JPMORGAN CHASE BANK against DAVID SIEGEL, DIANE BARNES, PNC BANK NATIONAL ASSN, NIUM ASSOCIATION INC, 635 NORFOLK LLC ET AL. | CHC202010789 7 | 04/09/2020 |
| 11/06/2020 | | SUBSTITUTION OF ATTORNEY submitted by POWERS, SARAH, E of POWERS KIRN, LLC on behalf of JPMORGAN CHASE BANK against DIANE BARNES, DAVID SIEGEL, DIANE BARNES, PNC BANK NATIONAL ASSN, NIUM ASSOCIATION INC ET AL. | CHC2020257668 | 11/06/2020 |
| 10/18/2021 | | PROOF OF MAILING submitted by POWERS, SARAH, E of POWERS KIRN, LLC on behalf of JPMORGAN CHASE BANK against 635 NORFOLK LLC, YESHIVA NORTH JERSEY, METROPOLITAN COMMERCIAL BANK, DAVID SADEK, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC ET AL. | CHC2021205122 | 10/18/2021 |
| 02/04/2022 | | ALIAS WRIT submitted by POWERS, SARAH, E of POWERS KIRN, LLC on behalf of JPMORGAN CHASE BANK against DAVID SIEGEL, DIANE BARNES, PNC BANK NATIONAL ASSN, NIUM ASSOCIATION INC, 635 NORFOLK LLC ET AL. | CHC202226899 | 02/04/2022 |
| 02/10/2022 | | Denied Writ submitted by Court | CHC202231215 | 02/10/2022 |
| 02/10/2022 | | ALIAS WRIT submitted by POWERS, SARAH, E of POWERS KIRN, LLC on behalf of JPMORGAN CHASE BANK against DIANE BARNES, DAVID SIEGEL, PNC BANK NATIONAL ASSN, NIUM ASSOCIATION INC, 635 NORFOLK LLC ET AL. | CHC202231716 | 02/10/2022 |
| 02/16/2022 | | Alias Writ submitted by Court | CHC202235323 | 02/16/2022 |
| 02/17/2022 | | Foreclosure Writ Notice Notice submitted by Case Management | CHC202236216 | 02/17/2022 |

Showing 1 to 53 of 53 entries

JEFIS Case Actions

| Created Date | Filings | Document Type | Description | Attorney Name | Firm Name |
|---|---|---|---|---|---|
| 08/10/2010 | | Certifications | Certifications | Source Corp | Source Corp |
| 08/10/2010 | | Orders-Signed | Orders-Signed | Source Corp | Source Corp |
| 08/10/2010 | | Orders-Signed | Orders-Signed | Source Corp | Source Corp |
| 08/10/2010 | | Return-Service | Return-Service | Source Corp | Source Corp |
| 08/10/2010 | | Return-Service | Return-Service | Source Corp | Source Corp |
| 08/21/2010 | | Complaint-Other | Complaint-Other | Source Corp | Source Corp |
| 08/21/2010 | | Req-Default | Req-Default | Source Corp | Source Corp |
| 08/21/2010 | | Req-Default | Req-Default | Source Corp | Source Corp |
| 08/21/2010 | | Answer | Answer | Source Corp | Source Corp |
| 08/21/2010 | | Corresp-General | Corresp-General | Source Corp | Source Corp |
| 08/21/2010 | | Complaint | Complaint | Source Corp | Source Corp |
| 08/21/2010 | | Unidentified | Unidentified | Source Corp | Source Corp |
| 08/21/2010 | | Complaint-Other | Complaint-Other | Source Corp | Source Corp |
| 08/21/2010 | | Orders-Signed | Orders-Signed | Source Corp | Source Corp |
| 08/21/2010 | | Answer | Answer | Source Corp | Source Corp |
| 11/04/2010 | | CORRESP-GENERAL | CORRESP-ANS RTRD | | |
| 03/04/2011 | | Ans-Non-Contest | APPEARANCE | | |
| 04/05/2011 | | Motion-OF | VACATE DEFAULT JUDGMENT & RESTORE | | |
| 04/20/2011 | | Motion-OF | MISC OTHER | | |
| 04/21/2011 | | Corresp-General | MISC OTHER | | |
| 05/04/2011 | | Ans-Non-Contest | Ans-Non-Contest | | |
| 05/07/2011 | | CMPost | NTC: ANSWER FILED | | |
| 06/10/2011 | | Answer | Answer | Source Corp | Source Corp |
| 06/10/2011 | | Orders-Signed | Orders-Signed | Source Corp | Source Corp |
| 06/10/2011 | | Orders-Signed | Orders-Signed | Source Corp | Source Corp |
| 06/10/2011 | | Orders-Signed | Orders-Signed | Source Corp | Source Corp |
| 07/26/2013 | | Sub-Atty | Sub-Atty | Vladimir Palma | PHELAN HALLINAN DIAMOND & |
| 06/23/2014 | | Stips-Sett-Disml | NOTICE OF PARTIAL DISMISSAL | Brian Goldberg | PHELAN HALLINAN DIAMOND & |
| 05/20/2015 | | Complaint-Other | AMENDED COMPLAINT | Shirley Pimm | PHELAN HALLINAN DIAMOND & |
| 07/16/2015 | | Complaint-Other | AMENDED COMPLAINT | Shirley Pimm | PHELAN HALLINAN DIAMOND & |
| 07/27/2015 | | Proof-Mail | Proof-Mail | Brian Goldberg | PHELAN HALLINAN DIAMOND & |

| Created Date | Filings | Document Type | Description | Attorney Name | Firm Name |
|---|---|---|---|---|---|
| 08/14/2015 | 📎 | Return-Service | Return-Service | Michael Dingerdissen | PHELAN HALLINAN DIAMOND & |
| 08/14/2015 | 📎 | Return-Service | Return-Service | Michael Dingerdissen | PHELAN HALLINAN DIAMOND & |
| 08/14/2015 | 📎 | Return-Service | Return-Service | Michael Dingerdissen | PHELAN HALLINAN DIAMOND & |
| 09/28/2015 | 📎 | Return-Service | Return-Service | Kenya Bates | PHELAN HALLINAN DIAMOND & |
| 09/28/2015 | 📎 | Return-Service | Return-Service | Kenya Bates | PHELAN HALLINAN DIAMOND & |
| 10/07/2015 | 📎 | NC-Answer | NON-CONFORMING RNF Answer | | |
| 05/02/2016 | 📎 | NC-Answer | NON-CONFORMING ANSWER | Tal Z Cushmaro | Hartmann Doherty RBB LLC |
| 05/03/2016 | 📎 | CMPost | NTC: ANSWER FILED | | |
| 07/23/2016 | 📎 | CMPost | NTC: FORECLOSURE DISMISSAL WARNING | | |
| 08/11/2016 | 📎 | Exc-Circ | NOTICE OF BANKRUPTCY | Dana Marks | PHELAN HALLINAN DIAMOND & |
| 08/11/2016 | 📎 | Bankruptcy | ORDER FOR BANKRUPTCY | Michael Dingerdissen | PHELAN HALLINAN DIAMOND & |

Showing 1 to 42 of 42 entries

- Screen ID : ECCV3000
- © Copyright NJ Judiciary 2016

BUILD: CivilCaseJacket_2022.1.0.16.4